**v.**

**The STATE of Oklahoma, ex rel. the Honorable Thomas S. CREWSON and the Honorable David Winslow, Judges of the District Court within and for Tulsa County, State of Oklahoma, David Moss, District Attorney for Tulsa County, State of Oklahoma, and the Oklahoma State Department of Human Services, Respondents.**

**Nos. 0–90–627, 0–90–628 and 0–90–740.**

Court of Criminal Appeals of Oklahoma.

July 27, 1990.

### ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF

Tulsa Tribune Company has moved this Court for permission to file the brief of the issues in the above styled and numbered cause that is attached to its motion.

IT IS HEREBY THE ORDER OF THIS COURT that the motion should be and the same is hereby GRANTED.

IT IS SO ORDERED.

/s/ Ed Parks
ED PARKS, Presiding Judge

/s/James F. Lane
JAMES F. LANE, Vice Presiding Judge

/s/Tom Brett
TOM BRETT, Judge